IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARLISLE WILSON | : | CIVIL ACTION |
| | : | |
| v. | : | No. 24-2338 |
| | : | |
| ROYAL KING EXPRESS INC and | : | |
| RAJDEEP SINGH | : | |

## **ORDER**

AND NOW, this 12th day of June, 2025, upon consideration of Plaintiff Carlisle Wilson's Motion for Default Judgment Against Defendants Royal King Express, Inc. and Rajdeep Singh (ECF No. 17), and following a hearing on December 11, 2024 at which Defendants failed to appear, it is hereby ORDERED the motion is GRANTED. Judgment is entered in favor of Wilson and against Defendants Royal King Express Inc. and Rajdeep Singh in the amount of $89,565.40.

The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.